**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2050**

ROBERT E. KINNETT,

                Plaintiff - Appellant,

      v.

SOTERA DEFENSE SOLUTIONS, INC.,

                Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Michael F. Urbanski, Chief District Judge. (5:18-cv-00110-MFU-JCH)

Submitted: February 7, 2020                Decided: March 23, 2020

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert E. Kinnett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert E. Kinnett appeals the district court's order granting Defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kinnett v. Sotera Defense Solutions, Inc.*, No. 5:18-cv-00110-MFU-JCH (W.D. Va. Aug. 26, 2019). We deny Kinnett's motion to amend the caption. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*